UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-85-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MICHAEL JAMES FERR | |

On motion of the Defendant, Michael James Ferr, and for good cause shown, it is hereby ORDERED that the sentencing memorandum filed at Docket Entry #47 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED. This 2 day of December, 2025.

JAMES C. DEVER III
United States District Judge